**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darnell HERRING, Defendant— Appellant.**

No. 01–10629.

D.C. No. CR–99–00364–RGS.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 13, 2002.

Decided July 29, 2002.

Before GOODWIN, HAWKINS and FISHER, Circuit Judges.

MEMORANDUM *

Appellant's argument—that there was insufficient evidence as a matter of law to sustain his conviction under 18 U.S.C. § 924(c) for carrying a weapon during and in relation to a drug sale—is foreclosed by the Supreme Court's interpretation of "carry." *See Muscarello v. United States*, 524 U.S. 125, 137, 118 S.Ct. 1911, 141 L.Ed.2d 111 (1998); *see also United States v. Medina–Chavarin*, 147 F.3d 1161, 1162 (9th Cir.1998). The government showed at trial with sufficient evidence that appellant had a gun in his proximately-located vehicle; under *Muscarello*, this is sufficient to show that he "carried" a gun in a manner consonant with the statute.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.